No. 189. Ex parte Miguel Guerra, Petitioner.—Petition for the approval of the personal notarial bond executed by Arturo and Gabriel Guerra in deed No. 151 of December 10,

1913, before Notary Francisco de la Torre. Decided December 11, 1913. Approval of said bond denied for the reasons stated in the decision. The petitioner appeared *pro se.*